UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS PIMENTAL A/K/A AASIR AZZARMI, individually and on behalf of all other persons similarly situated, | Civ. No. 1:18-cv-02999 |
| Plaintiffs, | **NOTICE OF CROSS-MOTION TO AMEND THE COMPLAINT** |
| - against – | |
| DELTA AIR LINES, INC., and any other related entities | |
| Defendant. | |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of LaDonna M. Lusher, Esq., sworn to on August 14, 2018, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, before the Honorable Jack B. Weinstein, on a return date set by the Court, for Plaintiffs application seeking leave to amend their Complaint, together with such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       August 14, 2018

VIRGINIA & AMBINDER, LLP

_____/s/_____
By: LaDonna Lusher, Esq.
Lloyd Ambinder, Esq.
Joel Goldenberg, Esq.
40 Broad St., 7th Floor
New York, New York 10004
Tel: (212) 943-9080
Fax: (212) 943-9082

*Attorneys for Plaintiffs*

To:

Ira G. Rosenstein
Brendan T. Killeen
101 Park Avenue
New York, NY 10178-0060
Phone: (212) 309-6000
Fax: (212) 309-6001

*Attorneys for Defendant Delta Air Lines, Inc.*